IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOSEPH K. WONG,

        Plaintiff,

    v.

BIDDLE ROAD LEASING LLC, an
Oregon limited liability company;
EVERGREEN FEDERAL SAVINGS AND
LOAN ASSOCIATION, a federal
savings association,

        Defendants.

1:14-cv-02006-CL

**ORDER**

**PANNER, District Judge:**

    This matter comes before the Court on Plaintiff's Motion for a Temporary Restraining Order (TRO) (#9). Plaintiff seeks to enjoin Defendants from terminating the disputed Lease, thereby maintaining the existing status quo between the parties pending final resolution of Plaintiff's claims.

    Having reviewed and considered Plaintiff's motion for TRO and supporting documents, I rule that a temporary restraining order is necessary to prevent the irreparable injury alleged in the Amended Complaint and shown in the declarations supporting Plaintiff's

1 - ORDER

motion. Accordingly, Plaintiff's Motion for a Temporary Restraining Order (#9) is GRANTED. From the date and time of this Order, Defendants are hereby enjoined from terminating the Lease for fourteen (14) days. During the period of this injunction, Plaintiff shall continue to pay rent to Defendants and the status quo shall be maintained in all other respects. Plaintiff is to give security in the amount of $5,000. Plaintiff shall serve all Defendants with a copy of this Order forthwith and provide proof of service to the Court.

On January 6, 2015, at 10:00 a.m., the parties are directed to appear at a preliminary injunction hearing to determine whether this injunction should continue until final resolution of Plaintiff's claims. The parties may appear by telephone at the preliminary injunction hearing.

IT IS SO ORDERED.

DATED this **24** day of December, 2014 at **9:20** a.m.

*Owen M Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER